UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

MICHAEL WILIAM KUNST                              CASE NO. 25-50156-KKS
TINA LOUISE KUNST,                                CHAPTER 13

      Debtors.
_____/

**OBJECTION TO PROOF OF CLAIM NUMBER 23**
**FILED BY INNOVATIONS FINANCIAL CREDIT UNION**

> **IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> This objection seeks to disallow, or reduce the amount, or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and the proposed treatment of the claim.
>
> If you disagree with the objection or the proposed treatment of your claim, you **MUST FILE AND SERVE A WRITTEN RESPONSE WITHIN 30 DAYS** explaining why your claim should be allowed as presently filed. You must serve a copy of your response to the undersigned attorney, Byron Wright III, Bruner Wright, P.A., at 2868 Remington Green Circle, Suite B, Tallahassee, Florida 32312 and any other appropriate person within the time allowed **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE PROPOSED TREATMENT IN THIS OBJECTION.** Your written response and certificate of service may be filed electronically or by mail at 110 E. Park Avenue, Suite 100 Tallahassee, Florida 32301. **ANY WRITTEN RESPONSE MUST CONTAIN THE CASE NAME AND CASE NUMBER.**
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If this is a Chapter 11 case and your entire claim is objected to, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved unless you request an order temporarily allowing your claim for voting purposes. *See* Fed. R. Bankr. P. 3018(a).

The Debtors, Michael William Kunst and Tina Louise Kunst, by and through their undersigned counsel, file this Objection to Proof of Claim Number 23 filed by Innovations Financial Credit Union (the "Creditor"), and in support thereof states:

1. The Debtors filed a Voluntary Petition for relief under Chapter 13 on August 7, 2025.

2. Proof of Claim Number 23 (the "Claim") was filed by the Creditor on October 7, 2025, and is secured by the Debtors' 2018 Toyota Highlander. The Claim reflects a secured claim amount of $18,650.00 and an unsecured claim of $2,738.32 for a total claim of $21,388.32.

3. The overall claim of $21,388.32 includes the balance of the vehicle loan ($15,265.84 at 3.99% interest) as well as a cross-collateralized credit card debt ($6,122.48 at 7.5%). The creditor asserts that the secured portion of the claim is $18,650.00 but does not provide any basis for this value. Debtor disputes the stated value of $18,650.00, as the Kelley Blue Book value of the vehicle is $15,058.00 (see attached).

4. The Proof of Claim attachments reflect the balance owed on the vehicle claim as of August 7, 2025, was $15,265.84. Therefore, it appears that the cross-collateralized credit card debt is completely unsecured.

5. The Debtors' Chapter 13 Plan (ECF No. 16) filed on August 20, 2025, provided for the Debtors to pay the vehicle claim direct to the creditor outside the Plan, and the Debtors have been making payments to the creditor.

6. The Debtors intend to file a First Amended Chapter 13 Plan which will provide for the secured value of the claim in the amount of $15,058.00 to be paid by the Trustee through the Plan (less post-petition payments made by the Debtors) at 9.5% interest.

**WHEREFORE**, the Debtor requests the Court enter an Order sustaining this Objection allowing the secured value of the claim at $15,058.00 (as of the Petition Date) and an unsecured claim of $6,330.32, and for all other relief the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 13th day of January, 2026.

>   */s/ Byron Wright III*
>   Byron Wright III
>   Florida Bar No. 118971
>   twright@brunerwright.com
>   **Bruner Wright, P.A.**
>   2868 Remington Green Circle, Suite B
>   Tallahassee, FL 32308
>   Office: (850) 385-0342
>   Fax: (850) 270-2441

<u>**CERTIFICATE OF SERVICE**</u>

I, Byron Wright III, hereby certify that a true and accurate copy of the foregoing document was served on January 9, 2026, to the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on to the following persons at the email addresses noted herein:

    United States Trustee (USTPRegion21.TL.ECF@usdoj.gov)
    Leigh A. Duncan, Chapter 13 Trustee (ldhdock@earthlink.net, ldhtre@earthlink.net, ldhadmint@earthlink.net)
    Leslie Gomez (lgomez@aldridgepite.com)
    Chad D. Heckman (eservice@heckmanlawgroup.com)

2. **Served by U.S. First-Class Mail:** I have confirmed that the foregoing document was served via U.S. First-Class Mail on the parties at the addresses listed below:

    | Heckman Law Group | Innovations Federal Credit Union |
    |---|---|
    | P.O. Box 12492 | P.O. Box 15529 |
    | Tallahassee, FL 32317 | Panama City, FL  32406 |

| | |
|---|---|
| Michael William Kunst<br>140 Sandollar Drive<br>Panama City, FL 32408-5116 | Tina Louise Kunst<br>140 Sandollar Drive<br>Panama City, FL 32408-5116 |

DATE:  January 9, 2026

*/s/ Byron Wright III*
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com
**Bruner Wright, P.A.**
2868 Remington Green Circle, Suite B
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

# Kelley Blue Book
THE TRUSTED RESOURCE

## 2018 Toyota Highlander Pricing Report

**Style**: LE Sport Utility 4D

**Mileage**: 98,000

**KBB.com Consumer Rating**: 4.3/5

## Vehicle Highlights

Fuel Economy: City 20/Hwy 24/Comb 22 MPG

Drivetrain: 2WD

Engine: 4-Cyl, 2.7 Liter

Transmission: Auto, 6-Spd Sqntl Shft

Country of Assembly: United States

Country of Origin: Japan

EPA Class: Small Sport Utility Vehicles

Max Seating: 8

Doors: 4

Body Style: Sport Utility

## Sell to Private Party



Private Party Range
**$13,680 - $16,435**
Private Party Value
**$15,058**

Valid for **ZIP code 32408** through **08/08/2025**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

| **Exterior Color** | **Drivetrain** | **Engine** | **Transmission** |
|---|---|---|---|
| ✓ Black | ✓ 2WD | ✓ 4-Cyl, 2.7 Liter | ✓ Auto, 6-Spd Sqntl Shft |

| **Wheels and Tires** | **Braking and Traction** | **Comfort and Convenience** | **Entertainment and Instrumentation** |
|---|---|---|---|
| Alloy Wheels | ABS (4-Wheel) | Air Conditioning | AM/FM Stereo |
| | Hill Descent Control | Air Conditioning, Rear | Bluetooth Wireless |
| | Hill Start Assist Control | Security System | CD/MP3 (Single Disc) |
| | Stability Control | Dynamic Cruise Control | Entune Audio |
| | Traction Control | Keyless Entry | |
| | | Power Door Locks | |
| | | Power Windows | |

| **Safety and Security** | **Lighting** | **Steering** | **Exterior** |
|---|---|---|---|
| Backup Camera | Daytime Running Lights | Power Steering | Rear Spoiler |
| Dual Air Bags | | Tilt & Telescoping Wheel | |
| F&R Head Curtain Air Bags | | | |
| Knee Air Bags | | | |
| Lane Departure Alert | | | |
| Side Air Bags | | | |

**Seats**

Third Row Seat